# UNITED STATES DISTRICT COURT
for the
### ARIZONA

| | |
|---|---|
| Tucson Environmental Justice Task Force, et al., ) <br> *Plaintiff* ) <br> v. ) <br> U.S. Food and Drug Administration, et al., ) <br> *Defendant* ) | Case No. **4:25-cv-00035** |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Tucson Environmental Justice Task Force, Arno Krotzky, PhD, and The Law Office of Sandra T. Daussin, PLLC.

Date: January 26, 2025

*/s/ Sandra Daussin*
*Attorney's signature*

Sandra Daussin
*Printed name and bar number*

52 Somerleigh Way, Pittsboro, NC 27312
*Address*

sandra.daussin@avalaw.com
*E-mail address*

(406) 500-3245
*Telephone number*

*FAX number*