# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Environmental Justice Task Force, et al., | No. CV-25-00035-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Food and Drug Administration, et al., | |
| Defendants. | |

Upon review of the parties briefs[1] and the pertinent record and authority, it is hereby ORDERED that the Defendants' motion to continue **(Doc.23) is GRANTED**. It is further ORDERED that: Proceedings in this matter are CONTINUED until Defendants issue a final response to the Citizen Petition, Dkt. No. FDA-2023-P-4826-0001, or until June 30, 2026, whichever is earlier. Within 14 days of such date (i.e., within 14 days of the Citizen Petition response, or by July 14, 2026, whichever is earlier), the parties shall submit a joint status report proposing next steps in the litigation. All other applicable deadlines in this action are deferred pending further order of the Court.

Dated this 13th day of April, 2026.

Honorable James A. Soto
United States District Judge

---

[1] Plaintiffs' motion to file a sur-reply **(Doc. 27) is GRANTED**; the Court has reviewed the sur-reply as to Defendants' motion to continue.